**DENY and Opinion Filed March 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00172-CV**

**IN RE BRIGETTA D'OLIVIO, Relator**

**Original Proceeding from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-1381-2019**

**MEMORANDUM OPINION**

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Smith

Before the Court are relator's March 2, 2022 petition for writ of mandamus and emergency motion for temporary relief. In her petition, relator challenges various rulings arising from the underlying probate proceedings.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that she lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the petition and the record, we conclude that relator has failed to show her entitlement to the relief requested. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus, and we deny the emergency motion for temporary relief as moot.

Also before the Court is relator's March 7, 2022 emergency motion for permission to file a supplemental petition for writ of mandamus. We deny the motion.

/Craig Smith/
CRAIG SMITH
JUSTICE

220172.P05